UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MATTHEW W. SPARROW, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 1:17-cv-3027-RLY-DML |
| | ) |
| SUPERINTEDENT, | ) |
| | ) |
| Respondent. | ) |

**Order to Show Cause - Discipline Case**

Matthew Sparrow petition for a writ of habeas corpus challenges his disciplinary conviction in CIC 17-03-0042.

**I.**

The petitioner's motion to proceed *in forma pauperis*, dkt. [2], is **granted**.

**II.**

The petitioner's custodian is directed to answer the allegations of the petitioner's petition for a writ of habeas corpus and in doing so shall **show cause** why the relief sought by the petitioner should not be granted insofar as the petitioner challenges the deprivation of a recognized liberty interest affecting the fact or the duration of his confinement. This shall be done within **forty-two (42) days** of the date this Entry is signed. The petitioner shall have **twenty-eight (28) days** after service of such answer or return to order to show cause on him in which to reply.

If the petitioner's earliest possible release date (as reflected on the Indiana Department of Correction's website) is more than 1-year after the date the Return to Order to Show Cause is due, the Respondent is permitted to file a "Notice of 42-day Extension by Respondent (Habeas cases only)" which will extend the Respondent's deadline for filing a Return to Order to Show Cause by

42-days from the date the Notice is filed. The Notice must include the petitioner's anticipated release date if the relief sought by the petitioner is granted.

Although additional motions for time are not anticipated, all subsequent motions for time must include the petitioner's anticipated release date if the relief sought by the petitioner is granted.

A copy of this Order to Show Cause shall be sent to the Indiana Attorney General and the Indiana Department of Correction through a Notice of Electronic Filing ("NEF") generated by the Court's CM/ECF case management system. The Indiana Attorney General has previously been provided with a copy of the habeas petition itself.

**IT IS SO ORDERED.**

Date:  9/18/2017

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Matthew S. Sparrow
#159043
Correctional Industrial Facility
5124 W. Reformatory Road
Pendleton, IN 46054

Electronic Service to:

    Indiana Attorney General
    Indiana Department of Correction