IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MATTHEW W. SPARROW,  )<br>          Petitioner,  )<br>                                )<br>     v.                         )<br>                                )<br>WARDEN, [1]                )<br>          Respondent.  ) | CAUSE NO. 1:17-cv-3027-RLY-DML |

### MEMORANDUM IN SUPPORT OF MOTION
### TO DISMISS PETITION AS MOOT

In prison disciplinary case CIC 17-03-0042, Matthew Sparrow was charged with possession of a deadly weapon and found guilty of that charge at a disciplinary hearing on March 14, 2017 (Exhibit C).  The sanctions imposed in this case were a written reprimand, 45 days lost commissary and phone privileges, a 365-day deprivation of earned credit time, and a demotion from credit class 1 to credit class 2  (Exhibit C).

After undersigned counsel and representatives of the Department of Correction had an opportunity to review the pending petition and to consult, the Department vacated Sparrow's conviction and sanctions.  The Department Appeal Review Officer issued the decision vacating the disciplinary conviction via correspondence dated December 11, 2017 (Exhibit E).  Therefore, there is no longer

---

[1] Effective July 1, 2017, Senate Enrolled Act 387 changed the title of the heads of Indiana penal facilities and correctional institutions from "superintendent" to "warden."  *See* Pub. L. No. 67-2017, §§ 1–20, 2017 Ind. Acts 241, 241–52.

1

a case or controversy for this Court to adjudicate regarding the original Petition, and the case is moot. *Hall v. Beals*, 90 S. Ct. 200, 201 (1969) (case must involve present, live controversy if court is to avoid advisory opinions on abstract propositions of law). The original issues that were before this Court are now moot.

## Conclusion

The conduct conviction that is the basis for the Petition for Writ of Habeas Corpus in this case has been dismissed, and the sanctions imposed on Sparrow have been vacated. There is no longer a case or controversy for this Court to adjudicate, and the case is moot. Accordingly, the Court should dismiss the Petition.

    Respectfully submitted,

    CURTIS T. HILL, JR.
    Attorney General of Indiana
    Atty. No. 13999-20


By:   s/ *Kyle Hunter*
    Kyle Hunter
    Deputy Attorney General
    Atty. No. 30687-49

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2017, a copy of the foregoing was filed electronically. I hereby certify that on December 11, 2017, a copy of the foregoing was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Matthew Sparrow, 159043
Correctional Industrial Facility
5124 W. Reformatory Road
Pendleton, IN 46054

                                                s/ *Kyle Hunter*
                                                Kyle Hunter
                                                Deputy Attorney General

Office of the Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana  46204
Telephone:  (317) 234-3502
Fax:  (317) 232-7979
Kyle.Hunter@atg.in.gov